IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**KELZIE LEWIS**                                                                                           **PLAINTIFF**

**v.**                               Case No. **4:18-cv-00143-KGB**

**PULASKI COUNTY SHERIFF'S OFFICE,**
*et al.*                                                                                       **DEFENDANTS**

## ORDER

Before the Court is a joint motion to continue trial date filed by plaintiff Kelzie Lewis and separate defendants Pulaski County, Arkansas; Pulaski County Sheriff's Office ("PCSO"); Pulaski County Regional Detention Facility ("PCRDF"); and the Arkansas Department of Correction ("ADC") (Dkt. No. 36). In the motion, the parties represent that they are currently engaged in discovery and reviewing records in anticipation of depositions (*Id.*, ¶ 7). The parties represent that, following the depositions, additional discovery will likely be required (*Id.*). The parties represent that they have consulted and that they agree a new trial date and final scheduling order based on the new date will alleviate the parties' concerns about completion of discovery and submission of dispositive motions (*Id.*, ¶ 8). The parties request that this matter be continued from the trial date of August 19, 2019, and that the Court reissue a scheduling order, providing new dates to complete discovery and for motions cut-off (*Id.*, ¶ 9).

For good cause shown, the Court grants the joint motion to continue trial date (Dkt. No. 36). The Court removes this action from the trial calendar for the week of August 19, 2019. The Court will set a new trial date as well as new deadlines to complete discovery and to file dispositive and pretrial motions by separate order.

It is so ordered this 28th day of June, 2019.

_____
Kristine G. Baker
United States District Judge