IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KELZIE LEWIS**  PLAINTIFF

v.  Case No. 4:18-cv-00143-KGB

**PULASKI COUNTY SHERIFF'S OFFICE,** *et al.*  DEFENDANTS

## JUDGMENT

Pursuant to the Order entered on this date and other Orders entered by the Court in this matter, it is considered, ordered, and adjudged that this action is dismissed. The Court enters judgment in favor of Pulaski County, Arkansas, on plaintiff Kelzie Lewis' claims and denies the request for relief. The Court dismisses Mr. Lewis' claims against the Pulaski County Sheriff's Office, the Pulaski County Regional Detention Facility, the Arkansas Department of Correction, and the John Doe Defendants.

It is so adjudged this 31st day of March, 2022.

_____
Kristine G. Baker
United States District Judge